UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHAZMON JAMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6059** |
| **WARDEN KEITH DEVILLE** | **SECTION "B"(2)** |

## ORDER

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Chazmon James for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this \_\_\_9th\_\_\_ day of \_\_\_\_\_January\_\_\_\_\_, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE